IN THE UNITED STATES DISTRICT COURT FOR WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| FLEMING FITZGERALD & ASSOCIATES, et al.., | ) ) ) | CIVIL ACTION NO. 07-1596 |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| U.S. SPECIALTY INSURANCE COMPANY, | ) ) ) | |
| Defendant and Third-Party Plaintiff, | ) ) ) | |
| v. | ) ) | |
| ZURICH AMERICAN INSURANCE COMPANY and STEADFAST INSURANCE COMPANY, | ) ) ) ) | |
| Third-Party Defendants. | ) ) | Hon. Gary L. Lancaster |

## STIPULATION AND ORDERGRANTING EXTENSION AND WITHDRAWING AMENDED AND SUPPLEMENTAL EMERGENCY MOTION FOR EXTENSION

AND NOW, come plaintiffs and defendant, by their respective counsel, and hereby stipulate as follows:

1. Defendant USSIC shall answer the plaintiffs' motion for preliminary injunction (Exhibit B to Document 1) on or before January 2, 2008.

2. In consideration of the extension, USSIC hereby withdraws its amended and supplemental emergency motion for extension.

3. In all other aspects, the Court's order of December 11, 2007, and the dates contained therein, shall remain in full force and effect.

Respectfully submitted,

PIETRAGALLO BOSICK & GORDON, LLP

By: /s/ Louis C. Long, Esquire
    P. BRENNAN HART, ESQUIRE
    Pa. I.D. No. 18123
    LOUIS C. LONG, ESQUIRE
    Pa. I.D. No. 32615
    One Oxford Centre
    Thirty Eighth Floor
    Pittsburgh, PA  15219
    412-263-2000
    Co-Counsel for Defendant
    and Third-Party Plaintiff,
    U.S. SPECIALTY INSURANCE
    COMPANY

- and -

DAPPER, BALDASARE, BENSON, BEHLING & KANE, P.C.

By: /s/ Rpbert E. Dapper, Jr., Esquire
    ROBERT E. DAPPER, JR., ESQUIRE
    Pa. I.D. No. 46378
    Four Gateway Center, 10th Floor
    444 Liberty Avenue
    Pittsburgh, PA  15222
    412-456-5555
    Counsel for Plaintiffs,
    FLEMING FITZGERALD &
    ASSOCIATES, LIMITED, FISH AND
    GAME FRONTIERS, INC. d/b/a
    FRONTIERS INTERNATIONAL,
    INC., PONOI RIVER COMPANY and
    SHACKLETON INTERNATIONAL
    LIMITED

It is so ordered this 21st day of December, 2007.

s/Gary L. Lancaster
Gary L. Lancaster, U.S. District Judge