IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

FLEMING FITZGERALD & ASSOCIATES LIMITED, FISH AND GAME FRONTIERS, INC. d/b/a FRONTIERS INTERNATIONAL, INC., PONOI RIVER COMPANY and SHACKLETON INTERNATIONAL LIMITED,
    Plaintiffs,
v.
U.S. SPECIALTY INSURANCE COMPANY,
    Defendant and Third-Party Plaintiff,
v.
ZURICH AMERICAN INSURANCE COMPANY and STEADFAST INSURANCE COMPANY,
    Third-Party Defendants.

Civil Action No. 2:07-cv-1596

## ORDER OF COURT

AND NOW, this 19th day of December, 2008, upon consideration of Plaintiffs' Motion to Compel Discovery, IT IS HEREBY ORDERED that Defendant U.S. Specialty Insurance Company (USSIC) shall produce all documents responsive to Plaintiffs' First Request for Production of Documents on or before December 19, 2008. USSIC shall make its Rule 26 initial disclosures by December 19, 2008. USSIC shall serve its Rule 30(b)(6) designations by December 19, 2008 and shall produce its Rule 30(b)(6) designee(s) for deposition on January 8, 2009. USSIC shall also produce Ms. Michelle Moon for deposition on January 8, 2009.

BY THE COURT:

s/Gary L. Lancaster
_____
Gary L. Lancaster, U.S. District Judge