IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

FLEMING FITZGERALD & ASSOCIATES )
LIMITED, FISH AND GAME FRONTIERS, )
INC. D/b/a FRONTIERS INTERNATIONAL,)
INC., PONOI RIVER COMPANY and )
SHACKLETON INTERNATIONAL LIMITED )
    Plaintiffs, )
     )
  v. ) Civil Action No. 07-1596
     )
U.S. SPECIALTY INSURANCE COMPANY, )
    Defendant and Third- )
    Party Plaintiff, )
     )
  v. )
     )
ZURICH AMERICAN INSURANCE COMPANY )
and STEADFAST INSURANCE COMPANY )
    Third-Party Defendants. )
     )

ORDER

AND NOW, this 29th day of December, 2008, IT IS HEREBY ORDERED THAT the Court's order of November 21, 2008 is amended as follows:

1. Any response to defendant's Motions for Partial Summary Judgment [documents #59 and #63] and briefs in support shall be now filed on or before January 6, 2009.

2. Any reply to a response to the motions for partial summary judgment shall be filed on or before January 20, 2009.

3. In all other aspects, the Court's order will remain in full force and effect.

4. **THERE WILL BE NO FURTHER EXTENSION GRANTED.**

BY THE COURT:

<u>s/Gary L. Lancaster</u>
Gary L. Lancaster,
United States District Judge

cc: All Counsel of Record