IN THE UNITED STATES DISTRICT COURT
FOR WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FLEMING FITZGERALD & ASSOCIATES, LIMITED, FISH AND GAME FRONTIERS, INC. d/b/a FRONTIERS INTERNATIONAL, INC., PONOI RIVER COMPANY and SHACKLETON INTERNATIONAL LIMITED, <br><br> Plaintiffs, <br><br> v. <br><br> U.S. SPECIALTY INSURANCE COMPANY, <br><br> Defendant and Third-Party Plaintiff, <br><br> v. <br><br> ZURICH AMERICAN INSURANCE COMPANY and STEADFAST INSURANCE COMPANY, <br><br> Third-Party Defendants. | CIVIL ACTION NO. 07-1596 <br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br> Hon. Gary L. Lancaster |

## STIPULATION OF DISMISSAL OF THIRD-PARTY COMPLAINT WITH PREJUDICE AND OF CONSENT TO THE AMENDMENT OF DEFENDANT'S ANSWER AND AFFIRMATIVE DEFENSES

The parties hereto, Plaintiffs Fleming Fitzgerald & Associates, Ltd., Fish and Game Frontiers Inc., Ponoi River Company and Shackleton International Ltd. ("Plaintiffs"), Defendant and Third-Party Plaintiff U.S. Specialty Insurance Company ("U.S. Specialty") and Third-Party Defendants Zurich American Insurance Company and Steadfast Insurance Company ("Third Party Defendants"), hereby stipulate and agree as follows:

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, all Parties stipulate to the dismissal with prejudice of U.S. Specialty's Third-Party Complaint against Third Party Defendants.

The parties hereto agree that this Stipulation shall not in any way affect the status of the Partial Summary Judgment Motions filed by U.S. Specialty and currently pending before the Court.

Plaintiffs, without in any way admitting the merits of such defense, hereby consent to Defendant U.S. Specialty's amendment of its Answer and Affirmative Defenses to expand its affirmative defense asserting set-off to clarify that U.S. Specialty is asserting entitlement to a right of set-off against any amounts for which it might otherwise be liable to Plaintiffs in an amount equal to: (a) all or some of the amounts covered under the insurance policies issued by the Third Party Defendants or (b) the Third Party Defendants' settlement payments to Plaintiffs. Plaintiffs' consent to this amendment shall not be deemed consent to any other amendment that Defendant may seek leave to make to its Answer and Affirmative Defenses.

The parties hereto further agree that no party to this litigation may introduce this Stipulation as evidence in this action or in any other proceeding, for any purposes, except to enforce its terms, and no party shall claim that any other party's consent to this Stipulation in any way supports or refutes any allegation, claim or defense of such other party, whether asserted in this action or any other proceeding. Nothing in this agreement shall in any way affect the right of any party to introduce evidence of the date on which Defendant's Third-Party Complaint was dismissed or evidence of the reasons for such dismissal.

Dated: February 9, 2009

| Counsel for Defendant and Third Party Plaintiff: | Counsel for Plaintiffs: |
|---|---|
| /s/ Louis C. Long, Esq.<br>Louis C. Long, Esq.<br>Pa. I.D. No. 32615<br>P. Brennan Hart, Esq.<br>Pa. I.D. No. 18123<br>PIETRAGALLO GORDON ALFANO BOSICK & RASPANTI, LLP<br>One Oxford Centre<br>Thirty Eighth Floor<br>Pittsburgh, PA 15219<br>412-263-2000 | /s/ Amy B. Briggs, Esq.<br>Amy B. Briggs, Esq. (admitted *pro hac vice*)<br>Stephen S. Mayne, Esq. (admitted *pro hac vice*)<br>MANATT, PHELPS & PHILLIPS, LLP<br>One Embarcadero Center<br>30th Floor<br>San Francisco, CA 94111<br>415-291-7400 |
| /s/ John Chesney, Esq.<br>John Chesney<br>Pa. I.D. No. 24458<br>Douglas M. Mangel, Esq. (admitted *pro hac vice*)<br>DRINKER BIDDLE & REATH LLP<br>One Logan Square<br>18th & Cherry Streets<br>Philadelphia, PA 19103<br>(215) 988-2842 | /s/ Robert E. Dapper, Jr.<br>Robert E. Dapper, Jr.<br>Pa. I.D. No. 46378<br>DAPPER, BALDASARE, BENSON, BEHLING & KANE, P.C.<br>Four Gateway Center<br>10th Floor<br>44 Liberty Avenue<br>Pittsburgh, PA 15222<br>412-456-5555 |

**Counsel for Third Party Defendant:**

/s/ Lawrence Bistany, Esq.
Lawrence Bistany, Esq.
Pa. I.D. No. 61825
WHITE AND WILLIAMS LLP
1800 One Liberty Place
Philadelphia, PA 19103
(215) 864-7000

SO ORDERED, this 17th day of February, 2009.

Hon. Gary L. Lancaster, U.S. District Judge