IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FLEMING FITZGERALD & ASSOCIATES LIMITED, FISH AND GAME FRONTIERS, INC. d/b/a FRONTIERS INTERNATIONAL, INC., PONOI RIVER COMPANY and SHACKLETON INTERNATIONAL LIMITED,<br>　　　　Plaintiffs,<br>　v.<br>U.S. SPECIALTY INSURANCE COMPANY,<br>　　　　Defendant. | Civil Action No. 2:07-cv-1596 |

## STIPULATION FOR VOLUNTARY DISMISSAL

NOW, come the Parties hereto,[1] Plaintiffs Fleming Fitzgerald & Associates, Limited, Fish and Game Frontiers, Inc. d/b/a Frontiers International, Inc., Ponoi River Company and Shackleton International Limited (the "Plaintiffs"), and Defendant U.S. Specialty Insurance Company ("U.S. Specialty"), by and through their respective counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate and agree to the voluntary dismissal of Plaintiffs' Amended Complaint against U.S. Specialty and U.S. Specialty's Counterclaim against Plaintiffs, with prejudice. The Parties shall bear their own costs and expenses associated with this Action.

---

[1] Third Party Defendants Zurich American Insurance Company and Steadfast Insurance Company were dismissed by prior stipulation of the Parties.

Respectfully submitted,

**Counsel for Plaintiffs:**

MANATT, PHELPS & PHILLIPS, LLP

/s/ Amy B. Briggs
Amy B. Briggs (admitted *pro hac vice*)
Stephen S. Mayne (admitted *pro hac vice*)

One Embaradero Center, 30th Floor
San Francisco, CA 94111
(415) 291-7400

DAPPER, BALDASARE, BENSON,
BEHLING & KANE, P.C.

/s/ Christopher M. Jacobs
Robert J. Behling, PA I.D. #30659
Robert E. Dapper, Jr., PA I.D. #46378
Christopher M. Jacobs, PA I.D. #89082

Four Gateway Center, 10th Floor
444 Liberty Avenue
Pittsburgh, PA 15222
(412) 456-5555

**Counsel for U.S. Specialty:**

PIETRAGALLO, GORDON, ALFANO,
BOSICK & RASPANTI, LLP

/s/ Louis C. Long
P. Brennan Hart, PA I.D. # 18123
Louis C. Long, PA I.D. #32615

One Oxford Centre
301 Grant Street, 38th Floor
Pittsburgh, PA 15219
(412) 263-2000

DRINKER BIDDLE & REATH LLP

/s/ John Chesney
John Chesney, PA I.D. #24458
Douglas M. Mangel (admitted *pro hac vice*)

One Logan Square
18th & Cherry Streets
Philadelphia, PA 19103
(215) 988-2842

SO ORDERED, this 16th day of March, 2009.

_____
Gary L. Lancaster, U.S. District Judge